# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

I. H. (father)
Elayn Hunt Corr. Center DOC No. 487297
P. O. Box 174
St. Gabriel LA 70776

Chad Guidry
Attorney at Law
P. O. Box 447
Kinder LA 70648

**REHEARING ACTION: August 2, 2017**

**Docket Number: 17  00129-JAC**

**STATE IN THE INTEREST OF I.H, M.H., I.H., M.H.**

**Appealed from Allen Parish Case No. J-2015-028**

**BEFORE JUDGES:**

**Hon. Shannon J. Gremillion**
**Hon. John E. Conery**
**Hon. Candyce G. Perret**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **I. H. (father)** has this day been

**DENIED.**
Conery, J., dissents.

cc: Nicholas Pizzolatto, Jr., Counsel for the Appellee
    Thomas L. Lorenzi, Counsel for the Appellee
    John Erwin Demoruelle, Counsel for the Appellee